[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
April 15, 2008
THOMAS K. KAHN
CLERK

No. 07-15219
Non-Argument Calendar

_____

D. C. Docket No. 07-00087-CR-ORL-19-KRS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

HUMBERTO LOPEZ-GARCIA,
a.k.a. Humberto Lucio Lopez Garcia,
a.k.a. Humberto Deno Lopez,
a.k.a. Humberto Lopez-Garcia,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(April 15, 2008)**

Before BIRCH, DUBINA and PRYOR, Circuit Judges.

PER CURIAM:

Stephen J. Langs, appointed counsel for Humberto Lopez-Garcia, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Lopez-Garcia's conviction and sentence are **AFFIRMED**.